UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-22758-CIV-SEITZ

ROSE L. ISAAC,

        Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,.

        Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

THIS MATTER is before the Court on Defendant's Motion to Dismiss for Lack of Jurisdiction [DE-13]. Defendant seeks to dismiss this case because the only claim remaining is a claim under the Telephone Consumer Protection Act (TCPA). The Eleventh Circuit has stated that "federal courts lack subject matter jurisdiction of private actions under the [TCPA]." *Nicholson v. Hooters of Augusta, Inc.*, 136 F.3d 1287, 1289 (11th Cir. 1998) *modified*, 140 F.3d 898 (11th Cir. 1998). In her response, Plaintiff states that she does not oppose dismissal without prejudice. Accordingly, it is hereby

ORDERED that:

1. Defendant's Motion to Dismiss for Lack of Jurisdiction [DE-13] is GRANTED. This matter is DISMISSED without prejudice.

2. All pending motions are DENIED as moot.

3. This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 19² day of October, 2011.

                                  PATRICIA A. SEITZ
                                  UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record